JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HOAVANG VAN NGUYEN, Petitioner, v. J. JOHNSON et al., Respondents. | Case No. 5:26-cv-03254-CAS-MAR **JUDGMENT** |

Pursuant to the Order Accepting Recommendations and Findings of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition is **GRANTED**;
2. Respondents are **ORDERED** to immediately release Petitioner Hoang Van Nguyen (A# 426-301-193) from custody subject only to the

conditions of his prior Order of Supervision and return all property taken from Petitioner during his arrests and processing into detention;

3. Respondents are **ORDERED** to file a Notice of Compliance within two (2) days of this Order; and

4. Respondents are **ORDERED** not to re-detain Petitioner (a) unless and until Respondents obtain a travel document for his removal and unless Respondents first follow all procedures set forth in 8 C.F.R. §§ 241.4, 241.13, and any other applicable statutory and regulatory procedures; OR (b) unless Respondents first afford Petitioner a hearing before a neutral adjudicator, where the government bears the burden of proof by clear and convincing evidence that his re-detention is justified based on changed circumstances and that he is a flight risk or danger to the community.

DATED: August 4, 2026 ____

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE